FILED

2008 JUN -4  PM 4: 13

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. '08 CR 1811 WQH |
| Plaintiff, | **I N D I C T M E N T** |
| v. | Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii) – Bringing in Illegal Aliens for Financial Gain; Title 18, U.S.C., Sec. 2 – Aiding and Abetting; Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) – Bringing in Illegal Aliens Without Presentation |
| ANGEL RIOS, Defendant. | |

The grand jury charges:

<u>Count 1</u>

On or about May 20, 2008, within the Southern District of California, defendant ANGEL RIOS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Rafael Cortes-Cortes, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

JPME:fer:San Diego
5/30/08

<u>Count 2</u>

On or about May 20, 2008, within the Southern District of California, defendant ANGEL RIOS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Rafael Cortes-Cortes, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

DATED: June 4, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JAMES P. MELENDRES
Assistant U.S. Attorney

2