1 **BRIDGET KENNEDY**
California State Bar No. 253416
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
bridget_kennedy@fd.org
5
6 Attorneys for Mr. Rios
7
8                    UNITED STATES DISTRICT COURT
9                  FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10                       **(HONORABLE WILLIAM Q. HAYES)**

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, ) | Case No. 08CR1811-WQH |
| 12           Plaintiff, ) | |
| 13 v.                        ) | **NOTICE OF APPEARANCE** |
| 14 **ANGEL RIOS,**           ) | |
| 15           Defendant.      ) | |

16
17        Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Bridget L. Kennedy, Federal Defenders of San Diego Inc., files this Notice of Appearance as Co-Counsel in
19 the above-captioned case.
20                                              Respectfully submitted,
21 Dated: June 13, 2008                          *s/ Bridget Kennedy*
                                                 Federal Defenders of San Diego, Inc.
22                                               *bridget_kennedy@fd.org*
23
24
25
26
27
28

1 **BRIDGET KENNEDY**
California State Bar No. 253416
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
bridget_kennedy@fd.org
5
6 Attorneys for Mr. Rios
7
8                              UNITED STATES DISTRICT COURT
9                            SOUTHERN DISTRICT OF CALIFORNIA
10                             **(HONORABLE WILLIAM Q. HAYES)**

11 | UNITED STATES OF AMERICA, | ) | Case No. 08CR1811-WQH |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | PROOF OF SERVICE |
| **ANGEL RIOS**, | ) | |
| Defendant. | ) | |

17          Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of
18 her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day
19 upon:

20          **PETER MAZZA, Assistant United States Attorney**
            Peter Mazza peter.mazza@usdoj.gov
21

22 Dated: June 13, 2008                    _s/ Bridget L. Kennedy_
                                           **BRIDGET L. KENNEDY**
23                                         Federal Defenders
                                           225 Broadway, Suite 900
24                                         San Diego, CA 92101-5030
                                           (619) 234-8467  (tel)
25                                         (619) 687-2666  (fax)
                                           e-mail:bridget_kennedy@fd.org
26
27
28