# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

PLEASE RECEIPT AND RETURN

08cr 1811 WQH

| UNITED STATES OF AMERICA | ) | CASE NUMBER _08mj 1581_ |
| | ) | |
| vs | ) | ABSTRACT OF ORDER |
| | ) | |
| _Angel Rios_ | ) | Booking No._____ |
| | ) | |
| | ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of_____6/16/08_____

the Court entered the following order:

✓_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release

and released from custody.

✓_____ Defendant released on $_25,000 P/S_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for_____ years.

_____ c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court:

_____dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

ANTHONY J. BATTAGLIA

UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.    Clerk

by _____ Deputy Clerk

Received_____
DUSM

Crim-9    (Rev 6-95)                                    ★ U.S. GPO: 1996-783-398/40151

CLERK'S COPY