1  **TIMOTHY R. GARRISON**
   California State Bar. No. 228105
2  **BRIDGET KENNEDY**
   California State Bar No. 253416
3  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
4  San Diego, California  92101-5008
   Telephone:  (619) 685-3716
5  Facsimile:  (619) 687-2666
   bridget_kennedy@fd.org
6
7  Attorneys for Mr. Rios

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ANTHONY J. BATTAGLIA)**

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | Case No. 08CR1811-WQH |
| Plaintiff,       ) | Date: June 24, 2008 |
|                                  ) | Time: 9:30 a.m. |
| v.                               ) | |
|                                  ) | MOTION FOR ORDER |
| **ANGEL RIOS,**                  ) | TO SHORTEN TIME |
|                                  ) | |
| Defendant.       ) | |

The above-named defendant, by and through counsel, moves this Court for an order shortening time to file the Response and Opposition to Material Witness Motion for a Video Deposition to one (1) day, for the following reasons:

Press of Business.

                                        Respectfully submitted,

                                        s/ Bridget Kennedy

Dated: June 23, 2008                    BRIDGET KENNEDY
                                        Federal Defenders of San Diego, Inc.
                                        Attorneys for Mr. Rios

1 **BRIDGET KENNEDY**
California State Bar No. 253416
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
bridget_kennedy@fd.org
5
6 Attorneys for Mr. Rios
7
8                    UNITED STATES DISTRICT COURT
9                  SOUTHERN DISTRICT OF CALIFORNIA
10                **(HONORABLE ANTHONY J. BATTAGLIA)**

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 08CR1811-WQH |
| 12             Plaintiff, | ) | |
| 13 v. | ) | PROOF OF SERVICE |
| 14 **ANGEL RIOS**, | ) | |
| 15             Defendant. | ) | |

17        Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of

18 her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day

19 upon:

20        **United States Attorney**
         efile.dkt.gc1@usdoj.gov
21

22 Dated: June 23, 2008                    *s/ Bridget L. Kennedy*
                                          **BRIDGET L. KENNEDY**
23                                        Federal Defenders
                                          225 Broadway, Suite 900
24                                        San Diego, CA 92101-5030
                                          (619) 234-8467  (tel)
25                                        (619) 687-2666  (fax)
                                          e-mail:bridget_kennedy@fd.org