UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )
                                     )
            Plaintiff                )    CRIMINAL NO. _08 cc 1811. WQH_
                                     )                 _08 mj 1581_
                                     )
      vs.                            )              ORDER
                                     )
                                     )    RELEASING MATERIAL WITNESS
_Angel Rios_                         )
            Defendant(s)             )    Booking No.
_____     )

On order of the United States District/Magistrate Judge,    ANTHONY J. BATTAGLIA

IT IS HEREBY ORDERED that the following named person heretofore

committed to the custody of the United States Marshal as a material witness be

released from custody: (Bond Posted / Case Disposed / Order of Court).

_Rafael Cortes - Cortes_

DATED: _6/23/2008_

                              ANTHONY J. BATTAGLIA

                              UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** _____            **OR**
                  **DUSM**

                              W. SAMUEL HAMRICK, JR.    Clerk

                                 by

                         **K. HAMMERLY**       Deputy Clerk