1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE ANTHONY J. BATTAGLIA)**

11  UNITED STATES OF AMERICA,           )    Case No. 08CR1811-WQH
                                        )
12              Plaintiff,              )
                                        )
13  v.                                  )
                                        )    ORDER TO SHORTEN TIME
14  **ANGEL RIOS**,                     )
                                        )
15              Defendant.              )
                                        )
16  _____   )

17          Motion to shorten time having been made in the above-entitled matter, the Court being fully

18  advised and good cause appearing therefore,

19          **IT IS HEREBY ORDERED** the motion for an Order to Shorten time be **GRANTED** and,

20  the time for hearing the matter for the Defendant's Response and Opposition to Material Witness's Motion

21  for a Videotape Deposition to one (1) day, to be heard  June 24, 2008 at 9:30 a.m., or as soon thereafter as

22  counsel may be heard.

23          **SO ORDERED.**

24

25

26  DATED:  June 23, 2008

27          _____
            Hon. Anthony J. Battaglia
28          U.S. Magistrate Judge
            United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28