1 **TIMOTHY R. GARRISON**
California State Bar No. 228105
2 E-Mail: Timothy_Garrison@fd.org
**BRIDGET KENNEDY**
3 California State Bar No. 253416
E-Mail: Bridget_Kennedy@fd.org
4 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
5 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
6
Attorney for ANGEL RIOS
7

8                     UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE ANTHONY J. BATTAGLIA)**

11 UNITED STATES OF AMERICA,        )   CASE NO. 08CR1811-WQH
                                    )
12              Plaintiff,           )   DATE: July 3, 2008
                                    )   TIME: 1:30 p.m.
13 v.                               )
                                    )   NOTICE OF MOTION AND MOTION TO
14 ANGEL RIOS,                      )   MODIFY CONDITIONS OF PRETRIAL
                                    )   RELEASE
15              Defendant.           )
                                    )
16 

17 TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY;
         PETER MAZZA, ASSISTANT UNITED STATES ATTORNEY; and
18       IRENE PFLAUM, UNITED STATES PROBATION OFFICER.

19       **PLEASE TAKE NOTICE** that on July 3, 2008, or as soon as counsel may be heard, Angel Rios,

20 by and through his attorneys Timothy Garrison, Bridget Kennedy, and the Federal Defenders of San Diego,

21 Inc., will ask this Court to enter an order changing Mr. Rios' conditions of pretrial release, to allow Mr. Rios

22 to reside with his brother, Sammuel Rios.

23 //

24 //

25 //

26 //

27 //

28 //

                                           1                                    08CR1811-WQH

**MOTION**

Mr. Rios requests that this court modify his conditions of pretrial release so that he is permitted to live with his brother, Sammuel Rios in Peoria, Arizona. This Court has authority, at any time, to amend conditions of pretrial release under 18 U.S.C. §3142(c)(3).

Mr. Rios has been charged with Bringing in Illegal Aliens and Aiding and Abetting, in violation of 8 U.S.C. § 1324. On May 21, 2008, this Court ordered the release of Mr. Rios on $25,000 personal surety bond, secured by the signatures of two financially responsible adults. This Court set conditions of release, including: restrict travel to the Southern District of California and the District of Arizona; and reside with defendant's mother during the case. The defendant's mother lives in the District of Arizona. Mr. Rios was released from custody on these conditions of bond on June 16, 2008.

Since his release, Mr. Rios has found a job working with his brother, Sammuel Rios. However, because Mr. Rios does not have a car, he needs to ride with his brother to and from work. For this reason, Mr. Rios requests that he be permitted to reside with his brother during the pendency of his case. Mr. Rios' brother, like his mother, lives in the District of Arizona. Both the pretrial officer in San Diego, Irene Pflaum, and the Assistant United States Attorney, Peter Mazza, have indicated that they have no opposition to this modification.

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated: June 26, 2008 | /s/ BRIDGET KENNEDY<br>**BRIDGET KENNEDY**<br>Federal Defenders of San Diego, Inc.<br>bridget_kennedy@fd.org |
| | /s/ TIMOTHY R. GARRISON<br>**TIMOTHY R. GARRISON**<br>Federal Defenders of San Diego, Inc.<br>timothy_garrison@fd.org |
| | Attorneys for Mr. Rios |

```
 1  BRIDGET KENNEDY
    California State Bar No. 253416
 2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
 3  San Diego, California 92101-5030
    Telephone (619) 234-8467
 4  Facsimile (619) 687-2666
    bridget_kennedy@fd.org
 5
 6  Attorneys for Mr. Rios
 7
 8                   UNITED STATES DISTRICT COURT
 9                  SOUTHERN DISTRICT OF CALIFORNIA
10                  (HONORABLE ANTHONY J. BATTAGLIA)
11  UNITED STATES OF AMERICA,        )   Case No. 08CR1811-WQH
                                     )
12            Plaintiff,             )
                                     )
13  v.                               )   PROOF OF SERVICE
                                     )
14  ANGEL RIOS,                      )
                                     )
15            Defendant.             )
                                     )
16
17        Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of
18  her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day
19  upon:
20        PETER MAZZA, Assistant United States Attorney
          peter.mazza@usdoj.gov,lilian.ruiz@usdoj.gov,efile.dkt.gc1@usdoj.gov
21
22  Dated: June 27, 2008                    s/ Bridget L. Kennedy
                                            BRIDGET L. KENNEDY
23                                          Federal Defenders
                                            225 Broadway, Suite 900
24                                          San Diego, CA 92101-5030
                                            (619) 234-8467  (tel)
25                                          (619) 687-2666  (fax)
                                            e-mail:bridget_kennedy@fd.org
26
27
28
```