UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ANTHONY J. BATTAGLIA)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR1811-WQH |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| **ANGEL RIOS,** ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that Mr. Rios' conditions of pretrial release be modified such that he is permitted to reside with his brother, Sammuel Rios, in Peoria, Arizona, during the pendency of his case.

**SO ORDERED.**

DATED: June 30, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court