MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT LIST

USA          VS          ANGEL RIOS

____ Plaintiff   X Defendant   ____ Court     Type of Hearing: JURY TRIAL

Case Number: 08CR1811-WQH

| NO. | IDENT. | EVID. | DESCRIPTION |
|---|---|---|---|
| A | 9/03/2008 | | REPORT OF AGENT SHERYL REESE |
| B | 9/03/2008 | | REFERRAL SLIP (same as government exhibit 19) |
| C | 9/03/2008 | 9/03/2008 | CAR REGISTRATION |
| D | 9/03/2008 | | REPORT OF AGENT ELIZABETH RANGEL |

K:\COMMON\CRT_CLRK\HAYES\_TRIAL INFO\_08cr1811deftexhibit.wpd